WILLIAM N. DYKMAN, as Receiver of THE COMMERCIAL BANK, Respondent, *v.* WILLIAM J. NORTHRIDGE, Appellant.

*Dykman* v. *Northridge*, 1 App. Div. 26, affirmed.
(Argued May 10, 1897; decided June 8, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 23, 1896, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Charles M. Earle* for appellant.

*James C. Bergen* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

MARTHA KEERY, Appellant, *v.* JOHN F. DIMON et al., Respondents.

*Keesy* v. *Dimon*, 91 Hun, 642, affirmed.
(Argued May 11, 1897; decided June 8, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the first judicial department, entered January 6, 1896, which affirmed a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Special Term.

*Theodore H. Friend* and *Wheeler H. Peckham* for appellant.

*Jacob F. Miller, William R. Wilder, James B. Ludlow* and *Henry B. Anderson* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur.